NELLIE A. HUBBS and Others, as Executors, etc., of MANLY R. HUBBS, Deceased, Appellants, v. ANGELO MURARO and MARY MURARO, His Wife, Respondents, and PAUL PIPITONE and Others, Defendants.— In an action for the foreclosure of a mortgage upon real estate, order denying plaintiffs' motion for confirmation of report of official referee and for leave to enter a deficiency judgment against the defendants-respondents unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Petition of EDWARD L. BARTLEY to Render and Settle His Account as Administrator of WILLIAM S. BARTLEY, Deceased. EDWARD L. BARTLEY, Administrator, etc., of WILLIAM S. BARTLEY, Deceased, Appellant; JOHN T. BARTLEY, JAMES A. BARTLEY, ROSE A. HAYES and WILLIAM J. BARTLEY, Respondents.— Order of the Surrogate's Court of Kings county, denying the administrator's motion to dismiss certain objections filed in the accounting proceeding, affirmed, with ten dollars costs and disbursements, payable by the administrator personally. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.